**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| TAMARA L. MANLEY and RAHN A. MANLEY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 1:22-cv-02469-JMS-MPB |
| TRUEACCORD CORP., | ) ) ) |
| Defendant. | ) |

**DEFENDANT TRUEACCORD CORP.'S UNOPPOSED**
**NOTICE OF EXTENSION OF TIME**

NOW comes Defendant TrueAccord Corp. (hereinafter "TrueAccord" or "Defendant"), and pursuant to S.D. Ind. Local Rule 6-1(a), hereby states as follows:

1. Plaintiffs filed their Complaint in the United States District Court for the Southern District of Indiana on or about December 28, 2022.

2. TrueAccord was served with the Complaint on or about January 10, 2023, making its answer due on January 31, 2023.

3. Defendant's counsel was just retained in this matter and requires additional time to investigate Plaintiffs' claims set forth in their Complaint.

4. Defendant's deadline to respond to the Complaint has not been previously extended and this extension does not interfere with the Case Management Plan, scheduled hearings or trials or other deadlines set by court order.

5. The extension is for twenty-one (21) days, or through February 22, 2023.

6. TrueAccord's counsel has conferred with Plaintiffs' counsel who does not oppose the extension sought herein.

7. This extension is made for good cause, not meant for purposes of unnecessary delay and will not prejudice any party in the litigation.

Dated: February 2, 2023    Respectfully submitted,

 /s/ *Stephanie A. Strickler*
Stephanie A. Strickler (IL 6314089)
Messer Strickler Burnette, Ltd.
142 W. Station Street
Barrington, IL 60010
Tel.: (312) 334-3465
Fax: (312) 334-3473
sstrickler@messerstrickler.com

**Counsel for Defendant TrueAccord Corp.**

3

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 2, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                /s/ *Stephanie A. Strickler*
                Stephanie A. Strickler